# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00642-CV

**Gurumurthy Kalyanaram, Appellant**

**v.**

**The University of Texas System, The University of Texas at Dallas, Dr. Franklyn G. Jenifer, Dr. Hobson Wildenthal, Dr. Hasan Pirkul, and Robert Lovitt, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. GN402205, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## C O N C U R R I N G  O P I N I O N

I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Pemberton

Filed: May 20, 2009